UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Susan Frances Mason,

    Debtor.

Case No. 17–31572  
Chapter 13

**NOTICE**

Notice of Submission Error requiring refiling. Please check the amended box. Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed (RE: related document(s)17 Amended Chapter 13 Plan). Incomplete Filings due by 8/3/2017. (DR)

Dated July 27, 2017

*(signature)*

Juan–Carlos Guerrero  
Clerk of Court