UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
SUSAN FRANCES MASON
    Debtor(s)

Case No: 17-31572-DHW
Chapter 13

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

    The debtor's Chapter 13 case was filed on June 01, 2017. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, August 21, 2017, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | SUSAN FRANCES MASON | SUSAN FRANCES MASON | 485.00 | MONTHLY | 07/01/2017 |
   | SUSAN FRANCES MASON | SUSAN FRANCES MASON | 510.00 | MONTHLY | 07/28/2017 |

   Period of payments: 56 months or until 0.00% is paid on allowed unsecured claims.

   Payable to:    **Chapter 13 Trustee**
                   **P. O. Box 613108**
                   **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

**ADMINISTRATIVE EXPENSES**

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $27.99 |
| Clerk of Court | Filing Fee | $260.00 |

**SECURED, PRIORITY AND SPECIAL CLAIMS**

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| ALABAMA HOUSING FINANCE | N | $7,700.00 | 0.00 % | $140.00 |
| CREDIT ACCEPTANCE CORP | N | $11,000.00 | 4.75 % | $202.00 |
| INTERNAL REVENUE SERVICE | N | $3,156.56 | 0.00 % | $58.00 |
| STATE OF ALABAMA | N | $356.15 | 0.00 % | $7.00 |
| STATE OF ALABAMA | N | $753.15 | 0.00 % | $14.00 |

In re                                                            Case No: 17-31572-DHW
SUSAN FRANCES MASON                                              Chapter 13
    Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, August 23, 2017.               /s/ *Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, August 23, 2017.

    /s/ *Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Standing Trustee